UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

In the matter of

**DURWARD HARRELL, Jr.**
**ANNETTE HARRELL**

Debtor(s)

Case No. **10-56726**

Chapter 7

Judge **John E. Hoffman**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $4.99 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| FIA CARD SERVICES NABANK OF AMERICA<br>By American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK  73124-8809 | 10 | $4.99 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $4.99 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:    7/19/2011

/s/ Sara J. Daneman

Sara J. Daneman

cc: U.S. Trustee